THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Francisco A. Collao, Jr.,       
 Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-713
Submitted September 17, 2003  Filed 
 December 9, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.  
Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Francisco A. Collao, Jr. appeals 
 the revocation of his probation.  Counsel for Collao attached to the final brief 
 a petition to be relieved as counsel.  Collao did not file a separate pro se 
 response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Collaos 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.